## LeNoir *v.* LeNoir, Appellant.

Argued September 17, 1973. *Joel N. Brewer,* for appellant; *H. Goldsmith,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

## McCarty et al. *v.* Cotter et ux., Appellants.

Argued September 14, 1973. *Nelson J. Sack,* for appellants; *Stephen A. McBride,* with him *Kassab, Cherry and Archbold,* for appellees.

Order affirmed.

SPAULDING, J., absent.

## Main Line Federal S. & L. Assoc. *v.* First Joy Development Corp. et al., Appellants.

Argued September 20, 1973. *B. G. Bonaventure,* for appellants; *Fronefield Crawford, Jr.,* for appellee; petition for reargument refused November 28, 1973.

Order affirmed.

SPAULDING, J., absent.